Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113.4770
Telephone:  702.862.8800
Facsimile:    702.862.8811
rgrandgenett@littler.com

Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
200 S. Virginia Street, 8th Floor
Reno, Nevada 89501.1944
Telephone:  775.348.4888
Facsimile:    775.786.0127
lmolleck@littler.com

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE LEE, an individual,<br><br>       Plaintiff,<br><br>       v.<br><br>JUAN DIAZ AGENCY II INC., a Nevada corporation; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>       Defendants. | Case No. 2:26-cv-00570-APG-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiff Annette Lee and Defendant State Farm Mutual Automobile Insurance Company, through their counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of March 26, 2026, up to and including April 16, 2026.

The Parties agree that the requested extension is reasonable and necessary because counsel for the Defendant has recently been retained and still investigating the factual allegations in the Complaint.

This is the first request for an extension of time to respond to the Complaint. This request

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800

is made in good faith and not for the purpose of undue delay.

Dated: March 23, 2026

Respectfully submitted,


/s/ John M. Orr
Jemma E. Dunn, Esq.
Matthew T. Hale, Esq.
John M. Orr, Esq.
GREENBERG GROSS LLP

Attorneys for Plaintiff
ANNETTE LEE

Dated: March 23, 2026

Respectfully submitted,


/s/ Luke W. Molleck
Roger L. Grandgenett II, Esq.
Luke W. Molleck, Esq.
LITTLER MENDELSON, P.C.

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY


**IT IS SO ORDERED.**

Dated:   March 23, 2026

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800