Sheri M. Thome, Esq.
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Email: Sheri.Thome@wilsonelser.com
*Attorneys for Defendant*
*Juan Diaz Agency II Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE LEE, an individual, | Case No.  2:26-cv-00570-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME FOR DEFENDANT JUAN DIAZ AGENCY II INC. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| JUAN DIAZ AGENCY II INC., a Nevada corporation; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, | **[FIRST REQUEST]** |
| Defendants. | |

Plaintiff Annette Lee ("Plaintiff") and Defendant Juan Diaz Agency II Inc. ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a response to the Complaint from the current deadline of March 30, 2026, up to and including April 16, 2026.

This stipulation is submitted in compliance with LR IA 6-1.  Good cause exists for the requested extension as Defendant's counsel has recently been retained and needs additional time obtain and review documents to investigate the allegations of the complaint.  Accordingly, the parties agree that the requested extension furthers the interest of this litigation and is not being requested in bad faith or to delay these proceedings unnecessarily.

///

///

///

332630206v.1

*Annette Lee v. Juan Diaz Agency II Inc., et al.*
*Case No. 2:26-cv-00570-APG-EJY*

This is the parties' first request for extension of this deadline.

DATED this 30th day of March, 2026.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

By:   */s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Sheri.Thome@wilsonelser.com
*Attorneys for Defendant*
*Juan Diaz Agency II Inc.*

DATED this 30th day of March, 2026.

GREENBERG GROSS LLP

By:   */s/ Matthew T. Hale*
Jemma E. Dunn, Esq.
Nevada Bar No. 16229
Matthew T. Hale, Esq.
Nevada Bar No. 16880
John M. Orr, Esq.
Nevada Bar No. 14251
1980 Festival Plaza Drive, Suite 730
Las Vegas, NV 89135
Telephone: 702-777-0888
Facsimile: 702-777-0801
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
JOrr@GGTrialLaw.com
*Attorneys for Plaintiff Annette Lee*

///

///

///

///

///

///

///

///

///

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Date:  March 30, 2026

332630206v.1

-2-