JEMMA E. DUNN
Nevada Bar No. 16229
MATTHEW T. HALE
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
Telephone: (702) 777-0888
Facsimile: (702) 777-0801
 *JDunn@GGTrialLaw.com*
 *MHale@GGTrialLaw.com*
 *JOrr@GGTrialLaw.com*

*Attorneys for Plaintiff Annette Lee*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE LEE, an individual, | Case No.: 2:26-cv-00570-APG-EJY |
| Plaintiff, | **STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT STATE FARM'S MOTION TO DISMISS (ECF NO. 13)** |
| v. | |
| JUAN DIAZ AGENCY II INC., a Nevada corporation; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff Annette Lee, Defendant Juan Diaz Agency II, Inc, and Defendant State Farm Mutual Automobile Insurance Company, by and through their respective counsel of record, that Plaintiff shall have until May 4, 2026 to file her response to Defendant's Motion to Dismiss.

The parties have so stipulated in good faith and without any intent to delay these proceedings.

-1-
STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANT STATE FARM'S MOTION TO DISMISS (ECF NO. 13)

**SO STIPULATED.**

Dated April 30, 2026.

**GREENBERG GROSS LLP**

*/s/ John M. Orr*
Jemma E. Dunn, Bar #16229
Matthew T. Hale, Bar #16880
John M. Orr, Bar #14251
1980 Festival Plaza Dr., Suite 730
Las Vegas, NV 89135

*Attorneys for Plaintiff Annette Lee*

**LITTLER MENDELSON, P.C.**

*/s/ Luke W. Molleck*
Roger L. Grandgenett II, Esq.
Nevada State Bar No. 6323
Luke W. Molleck, Esq.
Nevada State Bar No. 14405
200 S. Virginia St., 8th Floor
Reno, Nevada 89501

*Attorneys for Defendant State Farm Mutual Automobile Insurance Company*

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

*/s/ Sheri M. Thome*
Sheri M. Thome, Esq.
Nevada Bar No. 008657
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Telephone: 702.727.1400
Facsimile: 702.727.1401
Sheri.Thome@wilsonelser.com
Attorneys for Defendant
EMD Acquisition LLC

IT IS SO ORDERED:

Dated:__May 1, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

-2-
STIPULATION