**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ANNETTE LEE, | Case No.: 2:26-cv-00570-APG-EJY |
| Plaintiff | **Order Denying Motion to Dismiss as Moot** |
| v. | [ECF No. 13] |
| JUAN DIAZ AGENCY II INC., et al., | |
| Defendants | |

In light of the amended complaint (ECF No. 16),

I ORDER that defendant State Farm Mutual Automobile Insurance Company's motion to dismiss (ECF No. 13) is DENIED as moot because it is directed at the original complaint.

DATED this 1st day of June, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE