Roger L. Grandgenett II, Esq.
Nevada Bar No. 6323
Luke W. Molleck, Esq.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.
8474 Rozita Lee Avenue, Suite 200
Las Vegas, Nevada 89113.4770
Telephone: 702.862.8800
Facsimile: 702.862.8811
rgrandgenett@littler.com
lmolleck@littler.com

Attorneys for Defendant
STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ANNETTE LEE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>JUAN DIAZ AGENCY II INC., a Nevada corporation; STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | Case No. 2:26-cv-00570-APG-EJY<br><br>**STIPULATION AND REQUEST TO CONTINUE EARLY NEUTRAL EVALUATION AND ~~[PROPOSED]~~ ORDER**<br><br>**[FIRST REQUEST]** |

Plaintiff ANNETTE LEE ("Plaintiff"), Defendant JUAN DIAZ AGENCY II INC. ("Juan Diaz Agency"), and Defendant STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("State Farm"), by and through their respective counsel of record, hereby stipulate and jointly request that the Court continue the Early Neutral Evaluation ("ENE"), currently scheduled for August 28, 2026, at 10:00 am in person, before U.S. Magistrate Judge Daniel J. Albregts.

Good cause exists for this continuance. A scheduling conflict has arisen for undersigned counsel that prevents participation in the ENE as currently scheduled. The parties therefore respectfully request that the Court continue the ENE to a mutually convenient date. Pursuant to the Order Scheduling Early Neutral Evaluation (ECF No. 19), the parties have met and conferred on alternative dates, and the parties are available for the ENE on the following dates: September 8, 9,

10, 11, and 21[1], 2026. This request is made in good faith and not for the purpose of delay. This is the parties' first request to continue the ENE.

Dated: August 11, 2026

*/s/ John M. Orr*
JEMMA E. DUNN, ESQ.
Nevada Bar No. 16229
MATTHEW T. HALE, ESQ.
Nevada Bar No. 16880
JOHN M. ORR
Nevada Bar No. 14251
GREENBERG GROSS LLP

*Attorneys for Plaintiff*
*Annette Lee*

Dated: August 11, 2026

*/s/ Luke W. Molleck*
ROGER L. GRANDGENETT II, ESQ.
Nevada Bar No. 6323
LUKE W. MOLLECK, ESQ.
Nevada Bar No. 14405
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

Dated: August 11, 2026

*/s/ Sheri M. Thome*
SHERI M. THOME
Nevada Bar No. 008657
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119

*Attorneys for Defendant*
*Juan Diaz Agency II Inc.*

IT IS SO ORDERED. Accordingly, the Early Neutral Evaluation scheduled for August 28, 2026, is **VACATED** and **RESET** for **September 9, 2026, at 10:00 a.m. in Courtroom 3B**.

IT IS FURTHER ORDERED that ENE statements must be submitted via email to DJA_Settlement@nvd.uscourts.gov by 4:00 p.m. on September 2, 2026.

UNITED STATES MAGISTRATE JUDGE
DATED: 8/17/2026

[1] Counsel for Juan Diaz has notified Plaintiff and State Farm that counsel and Mr. Juan Diaz are available on September 21, 2026. However, counsel is still awaiting confirmation from Juan Diaz's insurance carrier on their availability on that date.



LITTLER
MENDELSON, P.C.
8474 Rozita Lee Avenue
Suite 200
Las Vegas, NV 89113.4770
702.862.8800